**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Alma J Wilson Blackwell<br><br>Debtor(s) | Case No. 13-05180 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/12/2013.

2) The plan was confirmed on 05/01/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/17/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/15/2014.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,100.64 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $6,100.64

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,204.83 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $301.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,505.95

Attorney fees paid and disclosed by debtor: $1,295.17

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| Allgate Financial | Secured | 3,700.00 | 4,956.61 | 4,956.61 | 0.00 | 0.00 |
| Allgate Financial | Unsecured | 4,811.00 | NA | NA | 0.00 | 0.00 |
| ALLIED WASTE SERVICES | Unsecured | 192.92 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | NA | 963.55 | 963.55 | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | NA | NA | 963.55 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 3,811.23 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| AT T/CINGULAR WIRELESS | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 80.00 | 80.00 | 80.00 | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS 4000 | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| COMCAST COMMUNICATIONS | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| Comed UA1 26675 | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 18,081.53 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 75.86 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 450.79 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 450.79 | 684.68 | 684.68 | 684.68 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 947.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| DOLPHIN LAKE POINT ENCLAVE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DR CHARLES A BECK JR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ST MARGARET HEALT | Unsecured | 3,512.55 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 1,119.12 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD CHEVROLET | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | 26,751.93 | 26,751.93 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INGALLS MEMORIAL HOSPITAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH MANN & CREED | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 563.00 | 863.41 | 863.41 | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 351.00 | 601.00 | 601.00 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 534.00 | 864.00 | 864.00 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 351.00 | 89.01 | 89.01 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 361.00 | 601.00 | 601.00 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | NA | 613.50 | 613.50 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 512.58 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION LLC | Unsecured | 1,371.78 | 1,371.78 | 1,371.78 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS COOPERATIVE MGMT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS COOPERATIVE MGMT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 439.00 | 497.39 | 497.39 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 558.71 | 585.10 | 585.10 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 84.92 | NA | NA | 0.00 | 0.00 |
| RAWLS FUNERAL HOME | Unsecured | 1,553.00 | NA | NA | 0.00 | 0.00 |
| ROSA GALVAN SILVA DDS | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| ROSA GALVAN SILVA DDS | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY | Unsecured | 513.40 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 604.66 | 604.66 | 604.66 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,510.30 | 1,068.03 | 1,068.03 | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE LLC | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR M06 | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF SOUTH HOLLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND A | Unsecured | 582.66 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 12,592.29 | 9,021.24 | 9,021.24 | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 38,763.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL IL | Secured | 71,900.00 | 112,983.67 | 124,440.84 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL IL | Secured | NA | 11,457.17 | 11,457.17 | 2,910.01 | 0.00 |
| WESTWINDS REALITY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WOW HARVEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $124,440.84 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,457.17 | $2,910.01 | $0.00 |
| Debt Secured by Vehicle | $4,956.61 | $0.00 | $0.00 |
| All Other Secured | $1,648.23 | $684.68 | $0.00 |
| **TOTAL SECURED:** | **$142,502.85** | **$3,594.69** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,275.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,505.95 |
| Disbursements to Creditors | $3,594.69 |
| **TOTAL DISBURSEMENTS:** | **$6,100.64** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/15/2014                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**